# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JULIO CESAR RODRIGUEZ (1),<br><br>Defendant. | Case No.: 15-cr-1224-1-GPC<br><br>**ORDER AND JUDGMENT DISMISSING INDICTMENT WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the charges in the above-entitled case be dismissed without prejudice as to defendant JULIO CESAR RODRIGUEZ only.

SO ORDERED.

Dated: April 22, 2016

Hon. Gonzalo P. Curiel
United States District Judge